

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-14-00516-CV

**IN THE INTEREST OF J.O.** and A.O., Children

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2013-PA-02019
Honorable Charles E. Montemayor, Judge Presiding[1]

BEFORE JUSTICE BARNARD, JUSTICE MARTINEZ, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, the motion to dismiss is GRANTED and this appeal is DISMISSED.

We order that no costs be assessed against appellant father because he is indigent.

SIGNED October 15, 2014.

_____
Marialyn Barnard, Justice

---

[1] The Honorable John D. Gabriel is the presiding judge of the 131st Civil District Court. However, the order of termination was signed by Associate Judge Charles Montemayor.